IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | CRIM. ACT. NO. 1:20-cr-53-TFM-B |
| ) | |
| RAY MCNEAL ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

On May 14, 2020, the Defendant Ray McNeal, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 18) charging a violation of Title 21, United States Code, Section 846, Conspiracy to Possess with the Intent to Distribute a Controlled Substance (hydrocodone).  *See* Doc. 62.  The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted.  *See* Doc. 67.  No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court.  The plea of guilty of the Defendant to Count 1 of the Indictment is accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **September 10, 2020 at 10:00 a.m.** under separate Order (Doc. 62).

**DONE** and **ORDERED** this 3rd day of June, 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE